```
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF FLORIDA

                                        CASE NO. 07-22286-CIV-MORENO
                                        MAGISTRATE JUDGE P. A. WHITE
LUIS ANTONIO MUNOZ,             :

        Plaintiff,              :

v.                              :         REPORT OF
                                          MAGISTRATE JUDGE
EDWARD RAMIREZ, and             :
RICHARD MCDONOUGH,
                                :
        Defendants.
_____
```

In this *pro se* civil rights action pursuant to 42 U.S.C. §1983 the plaintiff Luis Antonio Munoz filed a complaint in August 2007 (DE#1), and an amended complaint in March 2008 (DE#24). After a Preliminary Report (DE#4) and a subsequent Report (DE#25) addressing the amendment, the case remained pending against two Miami-Dade Police Officers [Ramirez and McDonough] on a Fourth Amendment claim that they had used excessive force against Munoz [by shooting] during his July 21, 2004 arrest. (Order, DE#31).

The case proceeded, Ramirez and McDonough responded to the amended pleading (Answer, DE#32), and a pretrial scheduling Order was entered (DE#33), which set deadlines for completion of pretrial procedures, including discovery, the filing of dispositive motions, and the filing of plaintiff's and defendants' unilateral pretrial statements. Plaintiff's pretrial statement was due to be filed on or before August 21, 2008, and he was explicitly instructed regarding the requirement that he serve a copy upon the defendants.

The scheduling Order explicitly cautioned the plaintiff that his failure to timely file his pretrial statement, and serve a copy upon the defendants, was grounds for dismissal of the case for lack of prosecution. (DE#33, p.3, ¶7). The Order also instructed the defendants to advise the Court in writing should the plaintiff fail to serve them with a copy of his pretrial statement.

Review of the record reveals that the plaintiff filed Notice of Change of Address (DE#16), indicating that effective 12/13/07 he had been transferred from Apalachee C.I., at Sneads, Florida, to the Reception and Medical Center ("RMC"), in Lake Butler. The Court's Order (DE#20) granting plaintiff an extension of time to amend his pleading was sent to him at the RMC on 1/16/08. Thereafter, plaintiff returned to Apalachee C.I. for a time (see DE#s 25 to 37), and was temporarily transferred to Charlotte C.I. and then to Everglades C.I. ("ECI") (see DE#s 38 to 40).

The defendants timely filed a joint motion for summary judgment (DE#41) on August 7, 2008, and sent a copy to the plaintiff at ECI, where he was then confined. On August 9, 2008, the Court's Order of Instructions to Pro Se Plaintiff (DE#43) was entered and sent to the plaintiff at ECI, informing him of his right to respond to the defendants' motion for summary judgment on or before September 5, 2008, and instructing him regarding the requirements under Fed.R.Civ.P. 56 for a proper response to such a motion.

Review of the record reveals the following. The plaintiff did not file a response in opposition to the defendants' August 7, 2008 motion for summary judgment. He also did not file his pretrial statement, as required, and on August 22, 2008 the defendants filed a Notice of plaintiff's failure to do so (DE#44).

Examination of public records pertaining to plaintiff Munoz, which are maintained and published by the Florida Department of Corrections on the Internet, reveals that he was released from ECI on November 19, 2008 and is in Community Custody (See *Inmate Release Information Detail* under the "Corrections Offender Network" at www.dc.state.fl.us). Additional records maintained by the DOC on the same Website indicate that Munoz is on Active Conditional Release, effective until 7/19/09, and that his current verified Permanent Address is 120 Kingston Ct., Apt. 22, Orlando, FL 32810 (see *Supervised Population Information Detail).*

Further examination of the record in this case reveals that plaintiff's last filing was his Notice of Change of address (DE# 40, dated 7/16/08 and docketed 7/22/08). The plaintiff has filed nothing in this action for nearly in six months, and has maade no inquiry regarding its status. This civil rights action cannot proceed under these circumstances. As discussed, <u>supra</u>, the plaintiff Munoz has failed to comply with the Court orders designed to move the case forward, and, if appropriate, prepare the matter for trial.  It appears that Munoz has abandoned the lawsuit.

It is therefore recommended that: 1) the operative complaint be dismissed, for lack of prosecution, pursuant to <u>Fed.R.Civ.P.</u> 41(b), and this District's Local Rule 41.1.; 2) the joint motion for summary judgment by the defendants (DE#41), be DISMISSED, without prejudice; and 3) this case be CLOSED.

It is further recommended that even if the plaintiff were to come forward with objections to this Report, and request that the case be allowed to proceed, the pending motion for summary judgment not be allowed to languish on the docket. Rather, dismissal of the motion at DE#41, without prejudice to renew, would allow refiling of the same motion, and entry of a new notice to plaintiff requiring that a response be filed by a specified date.

The plaintiff's last Noticed address of record is Everglades C.I. (DE#40), and the Clerk has not been instructed to change it. Accordingly, a copy of this Report will be sent by the Clerk's office to ECI, the last address reported by Munoz.  A separate copy of the Report, however, will be mailed to Munoz from Chambers, at the Orlando address reflected on the DOC Website.

Objections to this report may be filed with the Chief Judge within ten days of receipt of a copy of the report.

Dated: January 15th  2009.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Luis Antonio Munoz, <u>Pro Se</u>
DC# 302878
Everglades Correctional Institution
P. O. Box 949000
Miami, FL 33194-9000
**(Plaintiff's Last Stated Address of Record)**


Luis Antonio Munoz, <u>Pro Se</u>
DC# 302878
120 Kingston Ct., Apt. 202
Orlando, FL 32810
**(COPY MAILED FROM CHAMBERS)**


R. A. Cuevas, Esquire
Assistant County Attorney
Miami-Dade County Attorney's Office
Stephen P. Clark Center
111 N.W. 1st Street, Suite 2810
Miami, FL 33128


The Honorable Federico A. Moreno, Chief Judge