UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 07-22286-CIV-MORENO

LUIS ANTONIO MUNOZ,

    Plaintiff,

vs.

EDWARD RAMIREZ and RICHARD McDONOUGH,

    Defendants.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation **(D.E. No. 3)**, filed on **August 31, 2007**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 46)** on **January 15, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 46)** on **January 15, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1) The operative complaint is DISMISSED for lack of prosecution, pursuant to FED. R. CIV. P. 41(b), and S.D. FLA. L. R. 41.1;

(2) The joint motion for summary judgment by the defendants **(D.E. No. 41)** is DISMISSED without prejudice, and

(3) This case is CLOSED

DONE AND ORDERED in Chambers at Miami, Florida, this 21st day of January, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White
Counsel of Record